(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| Messika Group |
|---|

v.

| Schedule A Defs. |
|---|

Cause No. | 25-cv-578 |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

| Integrity Yiwu (a TEMU Store) |
|---|

Party(s) Represented

Prefix (check one)  ☒ Mr.    ☐ Ms.    ☐ Mrs.

Last Name: | Liu |    First Name: | Jianyin |    Middle Name/Initial | |

Generation (Sr, Jr, etc): | |

Firm Name: | The Law Offices of James Liu PLLC |

Street Address: | 9000 SW 157th St |    Suite/Room No.: | |

City: | Palmetto Bay |    State: | FL |    Zip: | 33157 |

Office Telephone No.: | 786-701-8657 |    Fax No.: | |

E-Mail Address: | jamesliulaw@gmail.com; Jianyin.cdc@gmail.com |

## EDUCATION:

College: | Florida A&M U |    Degree: | JD |    Year Completed: | 2017 |

Law School: | FAMU School of Law |    Year Graduated: | 2017 |

Other Post-Graduate Schooling: | |

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Florida | 2018 | Good standing | 1007675 |
| Washington | 2022 | Good standing | 59542 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| FLSD | 2020 | Good standing |
| FLMD | 2022 | Good standing |
| ILND | 2022 | Good standing |
| MIED | 2025 | Good standing |
| TXWD | 2026 | Good standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an  explanation)   ☒ No

Applicant: I, | Jianyin Liu | , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: | 06/08/2026 |

_____
Signature of Applicant

Print Form

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

Print Form

Revised 06/05/2013