(COURT USE ONLY)

RECEIPT NO. 

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| Messika Group |
|---|

v.

| Schedule A Defs. |
|---|

Cause No. | 25-cv-578 |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

| Integrity Yiwu (a TEMU Store) |
|---|

Party(s) Represented

Prefix (check one)  ☒ Mr.    ☐ Ms.    ☐ Mrs.

Last Name: Liu          First Name: Jianyin          Middle Name/Initial 

Generation (Sr, Jr, etc): 

Firm Name: The Law Offices of James Liu PLLC

Street Address: 9000 SW 157th St          Suite/Room No.: 

City: Palmetto Bay          State: FL          Zip: 33157

Office Telephone No.: 786-701-8657          Fax No.: 

E-Mail Address: jamesliulaw@gmail.com; Jianyin.cdc@gmail.com

**EDUCATION:**

College: Florida A&M U          Degree: JD          Year Completed: 2017

Law School: FAMU School of Law          Year Graduated: 2017

Other Post-Graduate Schooling: 

Page 1 of  3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Florida | 2018 | Good standing | 1007675 |
| Washington | 2022 | Good standing | 59542 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| FLSD | 2020 | Good standing |
| FLMD | 2022 | Good standing |
| ILND | 2022 | Good standing |
| MIED | 2025 | Good standing |
| TXWD | 2026 | Good standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?    ☐ Yes (If yes, please attach an  explanation)    ☒ No

Applicant: I, [ Jianyin Liu ] , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: [ 06/08/2026 ]

_____
Signature of Applicant

Print Form

Considered and approved.

SO ORDERED.

Dated:     6/11/2026

s/Abizer Zanzi

Judge, U. S. District Court

Print Form

Revised 06/05/2013

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JIANYIN LIU

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 19, 2018, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this APRIL 17, 2026.

—————————————————
Clerk of the Supreme Court of Florida

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 59542 |
| OF | ) ) | **CERTIFICATE** |
| JIANYIN LIU | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**JIANYIN LIU**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on June 21, 2022, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 17th day of
April, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court