**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| MESSIKA GROUP,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>          Defendants. | Case No. 2:25-cv-578-PPS-AZ<br><br>Judge Phillip P. Simon<br>Magistrate Judge Abizer Zanzi |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Messika Group, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendants: ANNANE JEWELRY (122) and ZHYUSHOP (126) (collectively "Settling Defendants") with prejudice.

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated: June 29, 2026

Respectfully submitted,

Counsel for Plaintiff Messika Group,

By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

2